# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: SHIRLEY HOLLINS                    NO.  2020 CW 1148

**JANUARY 19, 2021**

---

In Re:   Gregory Eckholdt, M.D., applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany, No.
         2010-12330.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT GRANTED.**  The October 19, 2020 judgment of the trial
court granting a new trial in favor of plaintiffs is hereby
reversed, and the jury's verdict is reinstated, together with
the February 21, 2020 judgment rendered in accordance with the
jury's verdict.  We find the jury's verdict that the plaintiffs
failed to prove the standard of care applicable to Dr.
Eckholdt's treatment of Ms. Hollins was reasonable and not
contrary to the law and evidence.  Accordingly, we find the
trial court abused its discretion in granting the plaintiffs'
motion for new trial.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

_Pamela Reed_
DEPUTY CLERK OF COURT
     FOR THE COURT